Jason **RAZIEN**, Plaintiff-Appellant

v.

**MICRO FOCUS (US), INCORPORATED; Hewlett Packard Enterprise Company, Defendants-Appellees**

No. 17-50724

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 23, 2018

Kaushik Rambhotla, Esq., Rambhotla Law Firm, P.L.L.C., Austin, TX, for Plaintiff-Appellant

Thomas Martin Fulkerson, Esq., Fulkerson Lotz, L.L.P., Houston, TX, for Defendant-Appellee Micro Focus (US), Incorporated

Darren Glenn Gibson, Salvador Davila, Littler Mendelson, P.C., Austin, TX, for Defendant-Appellee Hewlett Packard Enterprise Company

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Jason Razien appeals the dismissal of his Title VII complaint. The court has carefully considered this appeal in light of the briefs, complaint, and pertinent portions of the record. Having done so, we find no error of law or reversible error of fact. The district court's judgment is **AFFIRMED** for essentially the same reasons articulated by that court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.